UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| PATRICIA JACKSON, | ) | CASE NO. 1:12 CV 2987 |
| Plaintiff, | ) ) | |
| | ) | JUDGE DAN AARON POLSTER |
| v. | ) ) | JUDGMENT ENTRY |
| CASE SCHOOL, | ) ) | |
| Defendant. | ) | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

   /s/Dan Aaron Polster 12/27/12
  DAN AARON POLSTER
  UNITED STATES DISTRICT JUDGE